IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOE GONZALES, as Personal Representative
of the Estate of LORRAINE GONZALES, deceased,

      Plaintiff,

vs.                                                           No. CIV 08-685 JB/RHS

THE UNITED STATES OF AMERICA,

      Defendant.

**ORDER ADOPTING JOINT STATUS REPORT AND**
**PROVISIONAL DISCOVERY PLAN**

THIS MATTER came before the Court following a review of the Joint Status Report and Provisional Discovery Plan, filed March 6, 2009 (Doc. 11), the Court adopts the Joint Status Report and Provisional Discovery Plan except as modified by the Scheduling Order entered March 19, 2009 (Doc. 13).

_____
UNITED STATES DISTRICT JUDGE